**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**WESTERN DIVISION**

**KEN NOWLIN**                                                                       **MOVANT**

v.                                                                                          **No. 3:07CR108-M-A**

**UNITED STATES OF AMERICA**                                           **RESPONDENT**

**FINAL JUDGMENT**

In accordance with the memorandum opinion issued today in this cause, the motion by Ken Nowlin to vacate, set aside, or correct his sentence is **DISMISSED**. Nowlin's motions [87], [89], [106], to take judicial notice of judicial proceedings are **GRANTED**. Nowlin's motion [88] to take depositions is **DENIED**. Nowlin's motions [107], [108] for an evidentiary hearing are **DENIED**. Finally, Nowlin's motion to extend the deadline to reply is **DISMISSED** as unnecessary, as the court accepted the reply and considered it in deciding this case.

**SO ORDERED,** this the 29th day of March, 2013.

                                                                             CHIEF JUDGE
                                                                             UNITED STATES DISTRICT COURT
                                                                             NORTHERN DISTRICT OF MISSISSIPPI